IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BOARD OF TRUSTEES OF THE
LABORERS' DISTRICT COUNCIL
CONSTRUCTION INDUSTRY PENSION
FUND, *et al.*,

    *Plaintiffs*,

v.

VG CONCRETE, LLC,
    *Defendant*.

CIVIL ACTION
NO. 19-04642



FILED
FEB 0 7 2020
KATE BARKMAN, Clerk
By_____Dep. Clerk

## ORDER

**AND NOW**, this 7th day of February 2020, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 5) and Supplemental Appendix (ECF No. 7), it is **ORDERED** that:

1) Plaintiffs' Motion is **GRANTED**;

2) The Clerk of Court is **DIRECTED** to enter judgment in favor of Plaintiffs against VG Concrete in the amount of $151,225.07;[1]

3) VG Concrete shall **PERMIT** Plaintiffs' accountant to audit all records under its control to determine the amount of unpaid contributions and other amounts due under the collective bargaining agreement **on or before Tuesday, April 7, 2020**;

---

[1] This figure includes: (1) $110,404.01 for unpaid contributions from October 1, 2016, to March 31, 2018; (2) interest of $17,898.28; (3) another $17,898.28; (4) $1,800 in audit fees; and (5) $3,224.50 in attorneys' fees and costs.

1

4) Plaintiffs may **MOVE TO AMEND** this judgment within **thirty days of the audit's completion**. With their motion, Plaintiffs shall **SUBMIT** to the Court a copy of the audit showing the total amount due, including all unpaid contributions, accrued interest, liquidated damages, audit costs, attorneys' fees and litigation costs. This material must **INCLUDE** all necessary documentation—*e.g.*, affidavits, fee petitions, invoices or interest calculations.

BY THE COURT:

_____
GERALD J. PAPPERT, J.